UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE DAWNA MERYL VALENTINE, § 
§
Debtor. § CIVIL ACTION NO. H-06-1412
§

## MEMORANDUM AND ORDER

The above-captioned bankruptcy appeal was docketed on May 22, 2006. No filings have since been made. The parties are **ORDERED TO SHOW CAUSE** within ten (10) days why this case should not be dismissed for failure to comply with Federal Rule of Bankruptcy Procedure 8006.

**IT IS SO ORDERED.**

**SIGNED** this 22nd day of January, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT