UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| **IN RE DAWNA MERYL VALENTINE,** | § § § § § § § § |
| Debtor. | **CIVIL ACTION NO. H-06-1412** |

## MEMORANDUM AND ORDER

The Court has not received any response to its Order to Show Cause filed on January 22, 2007 (Doc. No. 3). This bankruptcy appeal is hereby **DISMISSED** for failure to prosecute.

**IT IS SO ORDERED.**

**SIGNED** this 20th day of February, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT**